IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coleman, Henry

Printed: 11/11/08

Case Number: 05 B 03303
Judge: Wedoff, Eugene R
Filed: 2/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 9, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 50,139.10 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 44,145.60 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,780.92 |
| Other Funds: |  | 512.58 |
| Totals: | 50,139.10 | 50,139.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 11,345.93 | 11,345.93 |
| 4. | Loyola University Phys Foundation | Unsecured | 1,818.95 | 1,818.95 |
| 5. | Midland Credit Management | Unsecured | 1,896.13 | 1,896.13 |
| 6. | Capital One | Unsecured | 827.32 | 827.32 |
| 7. | Resurgent Capital Services | Unsecured | 3,588.41 | 3,588.41 |
| 8. | Loyola University Phys Foundation | Unsecured | 1,612.00 | 1,612.00 |
| 9. | Resurgent Capital Services | Unsecured | 11,866.13 | 11,866.13 |
| 10. | Discover Financial Services | Unsecured | 7,576.32 | 7,576.32 |
| 11. | Commonwealth Edison | Unsecured | 583.11 | 583.11 |
| 12. | RoundUp Funding LLC | Unsecured | 3,031.30 | 3,031.30 |
| 13. | Peoples Energy Corp | Unsecured | 5,404.99 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 6,533.57 | 0.00 |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Home Depot | Unsecured |  | No Claim Filed |
| 17. | Radio America | Unsecured |  | No Claim Filed |
| 18. | Pepsi Cola Bottlers | Unsecured |  | No Claim Filed |
| 19. | America OnLine | Unsecured |  | No Claim Filed |
| 20. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 21. | Tiger Financial | Unsecured |  | No Claim Filed |
| 22. | Comcast Cablevision | Unsecured |  | No Claim Filed |
| 23. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 24. | Capital One | Unsecured |  | No Claim Filed |
| | | | $ 58,784.16 | $ 46,845.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Coleman, Henry

Printed: 11/11/08

Case Number:  05 B 03303
Judge:  Wedoff, Eugene R
Filed:  2/2/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 40.42 |
| 3% | 22.50 |
| 5.5% | 1,916.09 |
| 5.4% | 219.91 |
| 6.5% | 582.00 |
| | $ 2,780.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

